UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DINO S. MANTZAS, ESQUIRE
701 ROUTE 73 N., SUITE 1
MARLTON, NEW JERSEY 08053
(856) 988-0033

**Order Filed on March 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

V.E.G., INC

Case No.: _____19-30152_____

Chapter: _____11_____

Judge: _____Andrew B. Altenburg_____

## ORDER AUTHORIZING RETENTION OF

_____Markovitz, Starkman & Company, LLC_____

The relief set forth on the following page is **ORDERED**.

**DATED: March 11, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  Markovitz,Starkman & Company, LLC

as  accountants for the Debtor , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  457 Haddonfield Road

   Cherry Hill, New Jersey  08002

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
V.E.G., INC.  
    Debtor

Case No. 19-30152-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 11, 2020  
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.  
db          +V.E.G., INC.,    572 Cuthbert Boulevard,    Haddon Township, NJ 08108-3300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
         Dino S. Mantzas    on behalf of Debtor    V.E.G., INC. dino@dmantzaslaw.com  
         Edmond M. George    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel LLP  
          edmond.george@obermayer.com,  
          angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com  
         Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
         Neal M. Ruben    on behalf of Creditor    1st Consitution Bank rubes13@aol.com  
         Sergio I. Scuteri    on behalf of Creditor    Sysco Philadelphia, LLC sscuteri@capehart.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                  TOTAL: 6